NO. 12-09-00008-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




LAURA E WASHBURN,
§
 APPEAL FROM THE 307TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


CHAD N. WASHBURN,

APPELLEE
§
 GREGG COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal because the parties have entered into a
mediated settlement agreement. Because Appellant has met the requirements of Texas Rule of
Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered January 21, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.












(PUBLISH)